IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LATASHA WELLBORN § | |
|               **Plaintiff** § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:18-cv-425 |
| § | |
| § | JURY TRIAL DEMANDED |
| LKQ CORPORATION and § | |
| KEYSTONE AUTOMOTIVE § | |
| OPERATIONS, INC. dba KEY A O, INC. § | |
|               **Defendant** § | |

**PLAINTIFF'S ORIGINAL COMPLAINT**

TO THE HONORABLE JUDGE:

Plaintiff, Latasha Wellborn, files this Original Complaint complaining of LKQ Corporation and Keystone Automotive Operations, Inc. doing business as Key A O, Inc., Defendants.

**I.**
**PARTIES, JURISDICTION AND VENUE**

1. This action is brought in this Court under the provisions of 28 U.S.C. §1332(a)(1), because Plaintiff and Defendants are citizens of different states, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

2. Venue is proper in the Eastern District Court pursuant to section 28 U.S.C. 1391(b)(2) in that a substantial part of the events or omissions giving rise to this claim occurred in the Eastern District of Texas, and 28 U.S.C. 1391(a) & (c). In particular, Defendant LKQ is a corporation based out of Delaware and Defendant Keystone is a corporation based out of Pennsylvania, both maintaining a presence in this district, which presence is sufficient to establish personal jurisdiction over said Defendants.

3.  Parties to this suit are:

Plaintiff:   Latasha Wellborn is an individual who lives in Whitehouse, Texas.

Defendants:  LKQ Corporation is a Delaware corporation who may be served by serving the Secretary of State to 120 North LaSalle Street, Suite 330, Chicago, IL 60602.

Keystone Automotive Operations, Inc. dba Key A O, Inc. is a Pennsylvania corporation who may be served by serving Corporate Creations Network, Inc. 2425 W. Loop South #200, Houston, Texas 77027.

## II.
## NATURE OF THE ACTION

4.  On or about October 20, 2016, Plaintiff Latasha Wellborn was driving her 2011 Chevrolet Suburban vehicle northbound on Loop 323 in Tyler, Texas in the outside lane. Mark Vanhouten, driving a 2016 Isuzu van while in the course and scope of his employers, Defendants, was also driving northbound on Loop 323, in the outside lane directly behind Ms. Wellborn.. Ms. Wellborn stopped because of traffic stopped in front of her. Mr. Vanhouten did not stop and rearended Ms. Wellborn because he was driving too fast. At all times Plaintiff was operating her vehicle in a prudent and safe manner.

5.  At the time of the collision in question, Mark Vanhouten was in the course and scope of his employment with Defendants, and was driving a company vehicle. As a result of Vanhouten's negligence and his vehicle colliding with the vehicle being driven by Ms. Wellborn, Ms. Wellborn suffered severe and debilitating injuries.

6.  Vanhouten was negligent in the manner in which he operated his company vehicle. Said negligence proximately caused the severe and traumatic injuries and damages to Ms. Wellborn.

7.  At all times material hereto, Vanhouten was employed by Defendants, and was acting at its direction and for its benefit, and was engaged in accomplishing a task for which he was

employed by Defendants. Defendants are legally liable for Vanhouten's negligent acts pursuant to the theories of *respondeat superior* and vicarious liability.

8. Whenever it is alleged in this Complaint that Defendants did any act or thing, it is meant that Defendants' agents, servants, employees, parent agents, ostensible agents, agents by estoppel and/or representatives did such act or thing, and at the time such act or thing was done it was done with the authorization of Defendants, or was done in the normal routine course of the agency or employment of Defendants.

### III.
### ACTUAL DAMAGES

6. Latasha Wellborn was 41 years old at the time of her injuries, the effects of which will continue for the remainder of her life. She was in good health and enjoyed an outgoing lifestyle. Before her injuries, Ms. Wellborn was industrious and energetic. As a result of the negligent and careless actions of Defendants, Ms. Wellborn has suffered serious injuries to her shoulders, back, neck, ankle and body generally.

7. Ms. Wellborn seeks damages which will reasonably and fairly compensate her for the following losses:

   a. Past and future physical pain and mental anguish, meaning the conscious physical pain and emotional pain, torment and suffering, experienced by her as a result of the occurrence in question;

   b. Medical expenses, meaning the medical expenses which have been incurred on behalf of the medical care for Ms. Wellborn in the past, and which will in reasonable probability be incurred in the future;

   c. Physical impairment, both past and future; and

    d.       Loss of earnings and loss of earning capacity, past and future

## PRAYER

8.       Plaintiff requests that the Defendants be cited to appear and answer, and that on final trial Plaintiff have:

    a.       All actual, economic and compensatory damages in an amount in excess of the minimum jurisdictional limits of the Court;

    b.       Prejudgment and postjudgment interest at the legal rate, costs of court, and

    c.       Such other and further relief as Plaintiff may be entitled to receive.

## JURY DEMAND

9.       Plaintiff makes a demand for a jury trial in accordance with Federal Rules of Civil Procedure 38.

Respectfully submitted,

LAW OFFICE OF KEITH MILLER
100 E. Ferguson, Suite 101
Tyler, Texas 75702
Telephone: (903) 597-4090
Facsimile:  (903) 597-3692
Keith Miller
State Bar No. 14093750

ERSKINE & McMAHON, L.L.P.
P. O. Box 3485
Longview, Texas 75606
Telephone: (903)757-8435
Facsimile: (903)757-9429

By:  /s/ *Blake C. Erskine*
        Blake C. Erskine
        State Bar No. 06649000
        blakee@erskine-mcmahon.com

ATTORNEYS FOR PLAINTIFF